IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TED HOOD, )
)
    Plaintiff, )
)
vs. ) CV 01-B-3128-S
)
JUDGE CARMELLA NORMAN, )
)
    Defendants. )

ENTERED
MAR 14 2002

## MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on February 8, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for seeking monetary relief from a defendant who is immune from such relief. The plaintiff filed objections to the report and recommendation on February 14, 2002. Plaintiff merely reiterates his compliant about actions taken by Judge Norman within her jurisdiction as a judge.

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for seeking monetary relief from a defendant who is immune from such relief. A Final Judgment will be entered.

    DATED this 14th day of March, 2002.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE